UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:25-CR-87-TAV-DCP |
| RASHAUN PITTS, | ) ) ) |
| Defendant. | ) ) |

**MEMORANDUM AND ORDER**

This case is before the Court on Defendant Rashaun Pitts's Unopposed Motion to Continue Trial [Doc. 52], filed on February 19, 2026, and on referral by District Judge Thomas A. Varlan on February 20, 2026 [Doc. 53].

Defendant asks the Court to continue the current trial date, which is set for March 17, 2026, and all associate deadlines in this matter [*Id.*]. In support of his motion, Defendant states that he is charged in a two-count indictment with violating 21 U.S.C. §§ 846 and 841 and 18 U.S.C. § 1956 [*Id.* ¶ 1]. Defendant made his initial appearance on September 29, 2025 [*Id.*]. Defendant's original counsel was allowed to withdraw due to an actual conflict of interest on February 9, 2026 [*Id.*]. Defendant's new counsel received voluminous discovery in Defendant's case, which includes multiple video and audio recordings and thousands of documents [*Id.* ¶ 2]. Further, Defendant is in remote detention in Laurel County, Kentucky, which requires extra time to meet with his counsel to review the discovery and prepare this matter for trial [*Id.* ¶ 3]. Defendant represents that his codefendants have filed respective plea agreements in this matter [*Id.* ¶ 5]. The motion reflects that the Government does not object to the requested continuance [*Id.*]. Defendant understands his right to a speedy trial and does not object to this motion [*Id.* ¶ 6].

Based upon the information contained in the motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that not granting a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Counsel for Defendant needs time to review discovery with Defendant, meet and consult with Defendant, and otherwise prepare for trial. The Court finds that all of this cannot occur before the March 17, 2026 trial date.

The Court therefore **GRANTS** Defendant Rashaun Pitts's Unopposed Motion to Continue Trial [**Doc. 52**]. The trial of this case is reset to **June 30, 2026**. A new schedule is included below. Because the Court has found that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the initial motion on February 19, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Rashaun Pitts's Unopposed Motion to Continue Trial [**Doc. 52**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **June 30, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **February 19, 2026**, and the new trial date of **June 30, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **May 29, 2026**;

(5) the deadline for filing motions *in limine* is **June 15, 2026**, and responses to motions *in limine* are due on or before **June 23, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **June 9, 2026, at 11:30 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **June 18, 2026**.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge